IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                           :     CRIMINAL NO. 12-77-M

Ivan Pravilov              :

                             :

## ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance on behalf of the defendant in the above-named case.

_____
Counsel for Defendant Jarrold Cotton

1101 Laurel Oak Rd. Suite 112, Voorhees, NJ 08043
Address

_____

856-782-8600
Phone Number

1/17/12
Date

Cr. 17 (8/80)

ProBono for Initial Appearance